IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01362-WDM-BNB

RICHARD G. MELAMED, LLC,

Plaintiff,

v.

CAPITAL COIN FUND, LTD I, an Ohio limited liability company,
CAPITAL COIN FUND LTD II, an Ohio limited liability company, and
NUMISMATIC PROFESSIONALS, LTD., an Ohio limited liability company,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Joint Motion to Stay Discovery and Vacate August 28, 2006, Scheduling Conference Pending Court's Ruling on Defendants' Motion to Dismiss, Or, Alternatively, to Transfer Venue** [Doc. # 17, filed 8/16/2006] (the "Motion to Stay"). The Motion to Stay is DENIED.

The defendants have filed a motion to dismiss *without prejudice* or to transfer venue of the case. I have reviewed the motion to dismiss or transfer, which is vigorously resisted, and it is not obvious that it will be granted. If the motion is granted, either dismissing without prejudice or transferring venue, it is likely that the case will proceed, just in a different court. If the motion is denied, this case will proceed here. No matter what the ruling, therefore, matters learned through discovery here will probably be of use to the parties.

The average time in this district from the filing of a dispositive motion to its determination is 9.4 months. Motions to dismiss are denied more often than they are granted. Consistent with

the command of Fed. R. Civ. P. 1 for a speedy determination of cases, it is the practice in this district not to stay discovery pending the determination of dispositive motions, absent special circumstances not present here.  Consequently, I cannot justify the substantial delay which would likely result from my granting the Motion to Stay.

IT IS ORDERED that the Motion to Stay is DENIED.

Dated August 17, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge