IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01362-WDM-BNB

RICHARD G. MELAMED, LLC.,

    Plaintiff,

v.

CAPITAL COIN FUND, LTD, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 27, 2006.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge

PDF FINAL